# UNITED STATES COURT OF APPEALS
## FOR THE SEVENTH CIRCUIT
Chicago, Illinois  60604

October 18, 2005

Hon. JOEL M. FLAUM, Chief Judge

Hon. FRANK H. EASTERBROOK, Circuit Judge

Hon. ILANA DIAMOND ROVNER, Circuit Judge

| | |
|---|---|
| UNITED STATES OF AMERICA, | ] |
| | ] Appeal from the United |
| Plaintiff-Appellee, | ] States District Court for |
| | ] the Northern District of |
| | ] Illinois, Eastern Division. |
| No. 05-1317　　　　v. | ] |
| | ] No. 04 CR 399 |
| CARLOS RODRIGUEZ-ALVAREZ, | ] |
| | ] Samuel Der-Yeghiayan, |
| Defendant-Appellant. | ] Judge. |

## O R D E R

The opinion issued in the above-entitled case on October 12, 2005, is hereby amended as follows:

On Page 5, under section **II.  Discussion**, the citation in the fifth line should read:

18 U.S.C. § **3553**(a).  *United States v. Alburay,* 415 F.3d